UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 5:23-cr-130-TBP-PRL

BRETT BALDWIN

_____/

### DEFENDANT'S MOTION TO ALLOW A REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRES

Brett Baldwin, by and through his undersigned counsel, pursuant to local rule 3.01(d), moves this court to allow a Reply to the Government's Response to Motion to Suppress. As grounds, Mr. Baldwin states the following:

1. Mr. Baldwin has no prior record and is facing 50 years in prison for possession of child pornography.

2. The pornography was located on two of his cell phones.

3. Mr. Baldwin filed a Motion to Suppress arguing that the search warrant was invalid and the search violated Mr. Baldwin's rights under the Fourth Amendment.

4. The Government, in its response, suggested that the defense misrepresented the facts in this case regarding the original cell phone warrant.

5. Mr. Baldwin would like to reply to respond to this and to additional arguments set forth by the Government.

6. Mr. Baldwin reply will be brief and will not exceed 5 pages.

7. The Government, through Sarah Swartzberg, opposes this motion.

WHEREFORE, it is respectfully requested that this Court enter an order allowing a brief reply.

Respectfully submitted this the 1st day of October of 2024.

A. Fitzgerald Hall
Federal Defender

s/ *Christine Bird*
Christine Bird
Florida Bar No. 0971642
Assistant Federal Defender
Telephone: 352-351-9157
Fax: 352-351-9162
E-Mail:
Christine_Bird@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Suppress* with the Clerk of Court (CM/ECF) by using the CM/ECF

system which will send a notice of electronic filing to all counsel of record, this the 1st day of October of 2024.

s/ *Christine Bird*

Assistant Federal Defender