# United States District Court
# Middle District of Florida
# Ocala Division

| UNITED STATES OF AMERICA<br>v.<br>BRETT EUGENE BALDWIN | | CASE NO. 5:23-cr-130-TPB-PRL | |
|---|---|---|---|
| JUDGE | Philip R. Lammens<br>U.S. District Judge | COUNSEL FOR GOVERNMENT | Sarah Swartzberg |
| DEPUTY CLERK | Holly Iovino | COUNSEL FOR DEFENDANT | Christine Bird, FD |
| COURT REPORTER | Digital | INTERPRETER | Not Required |
| DATE AND TIME | 11/18/2024<br>11:08 am – 11:09 am | TOTAL TIME | 1 minute |

### CLERK'S MINUTES – Status Conference

Case Called. Appearances made on the record.

There is a pending Second Motion to Suppress (Doc. 73) filed by the Defense. Government is working on response. Defendant requests a continuance, pending ruling on the motion.

Defendant's Oral Motion to Continue Trial - GRANTED. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the January trial term shall be excludable time.

Status re-scheduled for December 16, 2024 at 11:00 am via ZOOM.

Trial set for the term commencing January 6, 2025.