# United States District Court
## Middle District of Florida
## Ocala Division

| UNITED STATES OF AMERICA v. BRETT EUGENE BALDWIN | | CASE NO. 5:23-cr-130-TPB-PRL | |
|---|---|---|---|
| JUDGE | Thomas P. Barber U.S. District Judge | COUNSEL FOR GOVERNMENT | Sarah Swartzberg |
| DEPUTY CLERK | Holly Iovino | COUNSEL FOR DEFENDANT | Christine Bird |
| COURT REPORTER | Vonni Bray Vonni_bray@flmd.uscourts.gov | INTERPRETER | Not Required |
| DATE AND TIME | 12/16/2024 11:30 am – 11:32 am | TOTAL TIME | 2 minutes |

### CLERK'S MINUTES – Status Conference

Case Called. Appearances made on the record.

There is a pending motion to Suppress Evidence (Doc. 73) Defense counsel requests a continuance pending resolution of the motion.

Court will be entering by separate notice an order denying the motion.

Defendant's Oral Motion to Continue Trial - GRANTED. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the February trial term shall be excludable time.

Status re-scheduled for January 22, 2025 at 11:00 am via ZOOM.

Trial set for the term commencing February 3, 2025.