UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:23-cr-130- TPB-PRL

BRETT EUGENE BALDWIN

**COURT'S VERDICT**

This cause came before the Court for trial on March 27, 2025[1], on the Superseding Indictment entered February 6, 2024. (Doc. 33). Count One charges the defendant with possession of child pornography depicting a prepubescent minor, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Counts Two, Three, and Four, charge the defendant with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

Upon consideration of the record of proceedings and the Stipulation of the Parties filed as Government Exhibit 1 at trial, the Court adjudicates the defendant **GUILTY** as to Counts One, Two, Three, and Four of the Superseding Indictment. Sentencing will be set by separate notice.

**DONE** and **ORDERED** in Ocala, Florida on March 27, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE

---

[1] Defendant waived his right to a jury trial (Doc. 96).